# Exhibit 1

## LEMBERG & ASSOCIATES
## FIRM RESUME

Lemberg & Associates LLC was founded in 2006.  The law firm's practice focuses on consumer law and related class action litigation. Mr. Lemberg received his law degree from the University Of Pennsylvania Law School in 2001, following graduation from Brandeis University with a degree in economics in 1997.  Prior to starting his own law firm, Mr. Lemberg held positions in the New York offices of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. and practiced corporate bankruptcy and reorganization law at Andrews Kurth LLP and Day Pitney LLP.

The firm has been lead counsel in several class actions, including Sladic v. I.C. System, Inc. E.D.N.Y., 09 CV 3497 (appointed co-counsel representing a class of New York consumers who charged illegal collection fees in this action consolidated with Fahme v. I.C. System, Inc., E.D.N.Y., 08 CV 1487 and Hurwitz v. I.C. System, Inc., E.D.N.Y., 08 CV 4351); Douma v. Law Offices of Mitchell N. Kay P.C. S.D.N.Y. 09 CV 9957 (awaiting approval of settlement of class action on behalf of recipients of illegal correspondence from Defendant); Waiters v. Collection Technology, Inc., No.: 1:10-cv-02514-RJS (awaiting approval of settlement of class action on behalf of recipients of illegal correspondence from Defendant).  The firm represents plaintiffs in more than a dozen additional class action cases in various stages of litigation.

In the bankruptcy of Chemtura Corporation, 09-11233 (S.D.N.Y, Gerber, J.), the Lemberg firm has successfully represented a group comprised of more than 600 Chemtura retirees who maintain entitlement to vested retirement benefits. On behalf of the group, the firm has obtained an unprecedented injunction prohibiting the debtor from terminating the retirees' benefits while adjudication of the underlying dispute is pending. In the face of staunch opposition from Kirkland Ellis LLP, representing the debtor, and Akin Gump Strauss Hauer & Feld LLP, representing the Creditors' Committee, the injunction has been in effect for over a year, while the court considers whether the retirees may proceed with discovery.  Each month retirees in the group receive well over $100,000 of retirement benefits that would have otherwise been terminated.

Mr. Lemberg is considered an authoritative source for consumer law issues by national media such as ABC News, MSN.com, and Chanel 7 in Boston, the Los Angeles Times, Consumer Reports, and the Boston Herald. Mr. Lemberg is a native speaker of Russian, and speaks French and Spanish.

Mr. Lemberg is admitted to practice law in Massachusetts (2002), New York (2002) and Connecticut (2005).  He is admitted to all federal courts in these States.  He is admitted to the First Circuit Court of Appeals, Third Circuit Court of Appeals, and Ninth Circuit Court of Appeals.

Mr. Lemberg recently co-authored the definitive compilation of form complaints in Connecticut, Connecticut Civil Complaints for Business Litigation, contributing form complaints for Lemon Law and Auto Fraud sections.

## ASSOCIATES AND OF-COUNSEL ATTORNEYS

**Susan Schneiderman, Associate.**  Since her admission to the New York bar in 1985, Susan Schneiderman has represented individuals and businesses as counselor, advocate and advisor in a wide variety of fields and settings. Ms. Schneiderman received a Bachelor of Arts degree from Clark University in Worcester, Massachusetts, and her legal education at Benjamin N. Cardozo School of Law in New York City. She is licensed to practice law in the States of New York and Connecticut and is also admitted to the Federal Bars of the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit and the Supreme Court of the United States. Ms. Schneiderman is a member of the American Bar Association, the Connecticut Bar Association and the Greater Bridgeport Bar Association. Ms. Schneiderman has lectured on the Fair Debt Collection Practices act has worked at Lemberg and Associates since July 2009.  Ms. Schneiderman works closely with Mr. Lemberg in his class action casework and was recently appointed class counsel along with Mr. Lemberg in Sladic v. I.C. System, Inc. E.D.N.Y., 09 CV 3497.

**Jody Berke Burton, Associate.** Ms. Burton graduated from the State University of New York at Albany in 1990 with a degree in English. She continued her studies at American University, Washington College of Law, and graduated in 1993 with a Juris Doctor degree. After two federal judicial clerkships in Washington, D.C., Ms. Burton represented the federal government in litigation before entering the private sector and joining Lemberg & Associates four years ago as a tireless consumer law attorney. Ms. Burton is licensed to practice law in Connecticut, the District of Columbia, and Pennsylvania.

**Stephen Taylor, Associate.** Stephen Taylor is a graduate of Tulane University Law School and Boston College. In 2005 he received the Certificate of Achievement from Queen's College London for studies in International Business. Additionally, Stephen is a former Judicial Clerk and has worked for the Connecticut criminal defense firm, the Law Offices of Norman Pattis.  Mr. Taylor has been with Lemberg and Associates for over two years and is admitted to practice in Connecticut and New York.

**Vlad Hirnyk, Associate**. Vlad Hirnyk joined Lemberg & Associates shortly after graduating Magna Cum Laude from Pace University School of Law in 2009. Vlad received International Law Certificate from Pace University in recognition of his concentrated studies in the area of International law.  Also, Vlad clerked for a year at John Jay Legal Services center and was awarded an Outstanding Clinical Student award for his hard and diligent work.  Vlad received Bachelor of General Studies from University of Connecticut in 2005.  Vlad is admitted to Connecticut and New York Bars.

**Lara Shapiro, Associate**. Lara Shapiro graduated with honors from California State University, Chico, with a degree in Philosophy in 2000 after a ten year nursing career. She graduated from McGeorge School of Law in 2003. During law school, and after becoming admitted to the Bar in 2003, she worked with Clement & Associates in Sacramento, CA specializing in elder abuse, medical malpractice and complex litigation. She later worked for a legal malpractice firm in San Francisco before moving to Los Angeles.

**Diana P. Larson, Associate Of Counsel.** Diana Larson earned her Juris Doctor degree, summa cum laude, from South Texas College of Law in Houston, Texas in 1998 and her B.S. from Texas A&M University in College Station, Texas in 1995. Immediately following law school, Mrs. Larson was the briefing attorney for the Honorable Sam Nuchia with the First District Court of Appeals in Houston, Texas. Mrs. Larson then worked for several large law firms in Houston, Texas. Most recently, Mrs. Larson was a partner with Gardere Wynne Sewell LLP in Houston, Texas. In 2009, Mrs. Larson founded the Larson Law Office, PLLC. Mrs. Larson's practice consists of business law, family law, creating wills and trusts and consumer protection litigation. Mrs. Larson has been with Lemberg and Associates for a year and is admitted to practice in the United States Supreme Court, all Texas State Courts by the State Bar of Texas, and is admitted to practice in federal courts in the Fifth Circuit Court of Appeals, the Southern District of Texas, the Northern District of Texas, the Eastern District of Texas and the Western District of Texas.

In addition, the firm works in association with attorneys in more than 12 states representing consumers in various disputes.