UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON ZIMMERMAN,

                Plaintiff,

-against-

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                Defendant.

**ORDER**

09 Civ. 4602 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This Court previously instructed the parties to submit a proposed class notice by September 22, 2011. (Dkt. No. 49) As of this date, the Court has received a proposed notice from Plaintiff, who has indicated that the parties were unable to reach an agreement. However, the Court has not received a proposal – or objections to Plaintiff's proposal – from Defendant. Defendant is directed to submit any objections to Plaintiff's proposed notice by September 30, 2011.

Dated: New York, New York
       September 26, 2011

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/11