UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON ZIMMERMAN, on behalf of himself and all others similarly situated, | ) ) Civil Action No. 7:09-cv-04602 |
| Plaintiff, | ) ) ) |
| -against- | ) ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR DAMAGES

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(2)(B), Plaintiff, on behalf of himself and as representative to a class of similarly situated New York consumers, respectfully requests the Court enter an Order award the Plaintiff and the Class statutory damages as follows:

1. $1,000.00 in statutory damages to Mr. Zimmerman as the named Plaintiff under 15 U.S.C. § 1692k(a)(2)(B)(i);

2. $500,000.00 in Class Statutory Damages under 15 U.S.C. § 1692k(a)(2)(B)(ii); and

3. A lead plaintiff incentive award to Jason Zimmerman of $5,000.00 for his role in representing the Class.

In support, Plaintiff submits the accompanying Memorandum of Law, the Declaration of Sergei Lemberg and the exhibits thereto.

Dated:  April 23, 2012                         Respectfully submitted,
                                               By     /s/ Sergei Lemberg
                                                      Sergei Lemberg, Esq.
                                                      LEMBERG & ASSOCIATES L.L.C.
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile:  (203) 653-3424
                                                      *Counsel to Plaintiff and the Class*

3

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on April 23, 2012, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system which sent notice of such filing to the following:


Don Maurice, Esq.
Maurice & Needleman, P.C.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
Attorneys for Defendant


   /s/ Sergei Lemberg
      Sergei Lemberg