# LEMBERG
## & ASSOCIATES L.L.C.
### ATTORNEYS AT LAW

Sergei Lemberg, Esq. (Admitted in NY, MA, CT) – Principal
Jody Burton, Esq. (Admitted in CT, PA, DC)
Stephen Taylor, Esq. (Admitted in NY, CT)
Vlad Hirnyk, Esq. (Admitted in NY, CT)
Jenny DeFrancisco, Esq. (Admitted in NY, CT)

**Of Counsel**
Trinette G. Kent, Esq. (Admitted in AZ)
Sofia Balile, Esq. (Admitted in NY, NJ)
Tammy Hussin, Esq. (Admitted in CA)
Lark Fogel, Esq. (Admitted in CO)
Cara Hergenroether, Esq. (Admitted in GA)
Amy L. Cueller, Esq. (Admitted in IN)
Joseph E. Blandford, Jr., Esq. (Admitted in KY)
James D. Kelly, Esq. (Admitted in NH)
Brian J. Headley, Esq. (Admitted in SC, WV)
Kenneth D. McLean, Esq. (Admitted in TN, LA, MS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/13
```

**MEMO ENDORSED**

April 16, 2013

The Application is granted.

**SO ORDERED:**

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: April 19, 2013

## VIA FACSIMILE (212) 805-7986

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: <u>Zimmerman v. Portfolio Recovery Associates, LLC</u>, 7:09-cv-04602-SCR
    Request to Extend Time to Brief Attorneys' Fees

Dear Judge Gardephe:

On April 2, 2013, the Court set the following schedule for Plaintiff's motion for attorneys' fees: Plaintiff's motion due on April 19th with Defendant's opposition due on April 26th. (Doc. No. 81).

The Parties have been negotiating in good faith to attempt to resolve the fee issue and those negotiations are ongoing. To preserve this Court's resources and avoid perhaps unnecessary briefing, the Parties request a two week extension of the briefing schedule to complete their discussions.

Therefore, the Parties respectfully request the Court modify the briefing schedule as follows: Plaintiff's brief due on May 3, 2013, with Defendant's opposition due on May 10, 2013. This is the first request to modify this briefing schedule. Both Parties consent to this request.

Sincerely,

*/s/ Sergei Lemberg*

Sergei Lemberg

cc: Donald S. Maurice, *counsel for Defendant*, by electronic mail.