UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON ZIMMERMAN, on behalf of himself and all others similarly situated, | )<br>)  Civil Action No. 7:09-cv-04602<br>) |
| Plaintiff, | )<br>) |
| -against- | )<br>) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(3), Plaintiff Jason Zimmerman respectfully moves the Court for an Order directing Defendant Portfolio Recovery Associates, LLC, to pay $433,541.60 in attorneys' fees and $4,742.69 in costs. In support, Plaintiff submits the accompanying memorandum of law with the attached declarations and exhibits.

Dated: May 3, 2013                              Respectfully submitted,

                                    By    /s/ Sergei Lemberg
                                          Sergei Lemberg
                                          Stephen Taylor
                                          Lemberg & Associates L.L.C.
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (877) 795-3666
                                          *Counsel to Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

     **THIS IS TO CERTIFY** that on May 3, 2013, a copy of the forgoing was filed via the ECF system for the Southern District of New York, which sent notice of such filing to the following:

Don Maurice, Esq.
Maurice & Needleman, P.C.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822

   /s/ Sergei Lemberg
   Sergei Lemberg, Esq.