# EXHIBIT A

**Zimmerman v. Portfolio Recovery**
**Client Number 1375-001**

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 4/28/2009 | SL | $ 400.00 | 3.5 | $ 1,400.00 | Review client's documents; interview client; conf client re class action potential, responsibilities, impact on individual claim and timing; draft retainer and transmit to client; TC with MM re case and discussion about legal memo and merits |
| 4/29/2009 | SL | 400.00 | 7.3 | 2,920.00 | Follow up with client re class action responsibilities and retainer; Legal research and memo to file re applicable law including Wiener case; TC with MM re class action. |
| 4/29/2009 | SL | 400.00 | 0.6 | 240.00 | Memo to Jody Burton re drafting complaint - lay out the counts and provide legal research + explain what to do |
| 5/1/2009 | JB | 300.00 | 7.4 | 2,220.00 | Review research re Zimmerman complaint; draft complaint for SL's review and discuss same with him |
| 5/3/2009 | SL | 400.00 | 2.5 | 1,000.00 | Review draft complaint received from Jody Burton and provide comments re same |
| 5/4/2009 | JB | 300.00 | 7.1 | 2,130.00 | Revisions to complaint per SL (2.00); additional research and analysis of cases law in other jurisdictions; memo to file re existing cases and similarities/differences from case at bar - Wiener still closest precedent (5.1) |
| 5/4/2009 | SL | 400.00 | 1.0 | 400.00 | Check dockets in all counties for complaints against client - none filed (1.00) |
| 5/4/2009 | SL | 400.00 | 0.8 | 320.00 | Discuss draft of the class action complaint with client |
| 5/7/2009 | SL | 400.00 | 5.8 | 2,320.00 | Review and revise draft complaint (1.3); discuss same with MM (1.1); read PRA's most recent SEC filings to familiarize with company, practices, executives (3.4) |
| 5/14/2009 | SL | 400.00 | 2.6 | 1,040.00 | Final go-around of comments on the complaint, address Marty's comments; research liability under 1692j - compiling deceptive forms |
| 5/21/2009 | SL | 400.00 | 0.8 | 320.00 | Review court's scheduling order and Individual Rules (.5) discussion with MM re scheduling order and who will do what going forward (.3) |
| 6/5/2009 | SL | 400.00 | 0.3 | 120.00 | TC with opposing re service of complaint and extension to answer |
| 6/5/2009 | SL | 400.00 | 0.3 | 120.00 | Stipulation extending time to answer |
| 6/24/2009 | SL | 400.00 | 0.6 | 240.00 | Conf MM re discovery demands |
| 6/25/2009 | SL | 400.00 | 3.8 | 1,520.00 | Don Maurice admit pro hac - research re other cases where Maurice and Needleman represented Ds in class action cases. Noted PA decision and impact on adequacy. Assessed class certification strategies in light of research findings |
| 7/8/2009 | SL | 400.00 | 3.8 | 1,520.00 | Review PRA's corporate disclosure statement (.2); split work with MM - research on PRA's corporate affiliation re 'net worth' including review of SEC filings (3.6) |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 7/8/2009 | SL | 400.00 | 0.5 | 200.00 | Review D's Answer; correlate to complaint |
| 7/9/2009 | SL | 400.00 | 4.7 | 1,880.00 | Conference with MM, discuss findings in corporate filings as well as scheduling order (.6); research J.Robinson's decisions on class certification motions, analyze precedent relied upon particularly in cases where magistrate report rejected. (4.1) |
| 7/15/2009 | SL | 400.00 | 0.6 | 240.00 | Discussed with MM making a proposal to Don Maurice to settle now |
| 7/16/2009 | SL | 400.00 | 0.8 | 320.00 | Review and revise proposed Rule 26 report; discussions re same with Don Maurice |
| 7/17/2009 | SL | 400.00 | 0.8 | 320.00 | Letter to Judge Robinson re initial conference and reference to Mag. Davison |
| 7/21/2009 | SL | 400.00 | 0.4 | 160.00 | TC Don Maurice about the case; discussed the Wiener decision |
| 7/23/2009 | ST | 275.00 | 1.2 | 330.00 | Draft initial disclosures per SL (1.1); called client to give update on case (.1). |
| 8/11/2009 | SL | 400.00 | 0.9 | 360.00 | Additional revisions to the Joint Report; email exchange with OC |
| 8/11/2009 | SL | 400.00 | 0.9 | 360.00 | Conf S.Schneiderman re discovery; explained what needs to be discovered and what Rogs need to be drafted |
| 8/17/2009 | SL | 400.00 | 1.0 | 400.00 | Research whether PRA sends similar notices in other states (.5) ; emails to SS re specific interrogatory and doc request questions (.3); update client on status (.2) |
| 8/18/2009 | SL | 400.00 | 2.6 | 1,040.00 | Continued work on and finalized interrogatories and production requests to Defendant |
| 8/22/2009 | SL | 400.00 | 6.3 | 2,520.00 | Draft discovery (interrogatories, requests for production, requests to admit) |
| 9/1/2009 | SL | 400.00 | 2.9 | 1,160.00 | Revisions to joint report; (.3)   requests to admit (2.2); discussion with MM (.4) |
| 9/8/2009 | SL | 400.00 | 1.4 | 560.00 | Work on joint letter to Judge Robinson about the case and the parties proposed discovery schedule |
| 9/9/2009 | SL | 400.00 | 1.0 | 400.00 | Emails with Don Maurice (.3) and S.Schneiderman re joint letter; additional revisions for same (.5); final review of joint discovery plan (.2) |
| 9/15/2009 | SL | 400.00 | 0.7 | 280.00 | Review defendant's Rule 26 disclosures (.5); revise plaintiff's initial disclosures (.2) |
| 9/15/2009 | SL | 400.00 | 0.5 | 200.00 | Conf MM re initial conference; decided I'm going |
| 9/16/2009 | SL | 400.00 | 1.8 | 720.00 | Travel to/from court for initial conference (1.3); attend court conference (.5). |
| 9/17/2009 | SL | 400.00 | 0.3 | 120.00 | Review and make notes re order entered by court (.3) |
| 9/21/2009 | SL | 400.00 | 0.8 | 320.00 | Review defendant's letter to counsel and discovery served on plaintiff |
| 9/25/2009 | SL | 400.00 | 1.1 | 440.00 | Review P's initial disclosures; discussion with MM re any additions (.9) update client on status (.2) |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 9/29/2009 | SL | 400.00 | 3.4 | 1,360.00 | Research re individual liability of Catherine Hedgeman; pull cases (Nielsen, LeClair, Baptist, and Hoving) - conclude claim is viable. Internet research re Catherine Hedgeman who she is what she does. Looks like she works from her home. (3.4) |
| 10/7/2009 | SL | 400.00 | 0.2 | 80.00 | Email with OC re discovery extension |
| 11/13/2009 | SL | 400.00 | 0.6 | 240.00 | Emails with D.Maurice re defendant's discovery (.3); joint letter to Mag. Davison re overseeing discovery and disputes (.3) |
| 11/16/2009 | SL | 400.00 | 0.6 | 240.00 | Letter to J.Robinson re designating magistrate to handle discovery |
| 11/20/2009 | SL | 400.00 | 2.4 | 960.00 | Review plaintiff's responses to interrogatories and document production prepared by MM, conversation with client re same; provide comments revisions and suggestions (2.3); update client (.1) |
| 12/2/2009 | SL | 400.00 | 0.6 | 240.00 | Coordinate telephone appearances with T. Domonczyk |
| 12/15/2009 | SL | 400.00 | 0.3 | 120.00 | Follow up on discovery with Defendant's counsel |
| 12/15/2009 | SL | 400.00 | 1.4 | 560.00 | Review responses to D's discovery, discuss same with S.Schneiderman (1.4) look up whether D has insurance; brief review of Rule 26(a)(1) (.2) |
| 12/16/2009 | SL | 400.00 | 0.3 | 120.00 | Status conference before Mag. Davison |
| 12/16/2009 | SL | 400.00 | 2.2 | 880.00 | Legal research re defendant's failure to admit/deny requests to admit (2.1); update client (.1) |
| 1/23/2010 | SL | 400.00 | 0.4 | 160.00 | Email exchange with D's counsel re resolving production disputes |
| 1/25/2010 | SL | 400.00 | 0.5 | 200.00 | Email exchange with D's counsel re supplemental discovery |
| 1/25/2010 | SL | 400.00 | 0.3 | 120.00 | Assign deposition notices to S.Taylor (.2); update client (.1) |
| 1/26/2010 | SL | 400.00 | 0.8 | 320.00 | Review deposition notices and document requests prepared by S.Taylor |
| 1/27/2010 | SL | 400.00 | 1.9 | 760.00 | Review D's discovery responses |
| 1/28/2010 | SS | 350.00 | 2.0 | 700.00 | Review status of discovery re crafting 30(b)(6) notice. |
| 2/1/2010 | SL | 400.00 | 0.5 | 200.00 | Final review of deposition notices and service of same |
| 2/1/2010 | SS | 350.00 | 2.2 | 770.00 | Finalize revisions to EBT Notices and review of documents and information produced by the defendant. |
| 2/5/2010 | SL | 400.00 | 0.9 | 360.00 | Review letter to counsel re resolving discovery disputes (.5); discuss same with S.Schneiderman (.4) |
| 2/5/2010 | SL | 400.00 | 0.6 | 240.00 | Telephone call with client re status of the case; upcoming deposition and timeline on class certification |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 2/8/2010 | SL | 400.00 | 0.4 | 160.00 | Email from SS re documents PRA00019-PRA00076 & PRA00086-PRA00105 |
| 2/8/2010 | SS | 350.00 | 0.4 | 140.00 | Tel conference with Don Maurice and Magistrate Judge Davison. Additional conference scheduled for March 22. Memo to Don Maurice re production of certain documents in electronic format. |
| 2/8/2010 | SS | 350.00 | 0.7 | 245.00 | Prepare for conf. Mag. Davison and Conference (.6) |
| 2/14/2010 | SL | 400.00 | 0.3 | 120.00 | Follow up with OC re deposition dates |
| 2/16/2010 | SL | 400.00 | 0.9 | 360.00 | Review memo of law on draft summons/complaint (.4); arrange for deposition scheduling (.3); meet SS re depositions (.2) |
| 2/16/2010 | SS | 350.00 | 0.8 | 280.00 | Review file and review memo re cases re simulated complaints |
| 2/16/2010 | SS | 350.00 | 0.2 | 70.00 | Conf with SL re depositions in Virginia. |
| 2/16/2010 | SL | 400.00 | 0.5 | 200.00 | Email exchanges with OC re deposition dates |
| 3/5/2010 | SL | 400.00 | 0.4 | 160.00 | Email with OC re plaintiff's deposition |
| 3/2/2010 | SS | 350.00 | 3.0 | 1,050.00 | Worked on ebt scheduling; preparations including research re witnesses to be produced (3.00) |
| 3/8/2010 | SS | 350.00 | 4.9 | 1,715.00 | Prep for EBT's of PRA (4.9); |
| 3/8/2010 | SL | 400.00 | 0.7 | 280.00 | TC client re deposition, proposed dates& what will be covered |
| 3/8/2010 | SS | 350.00 | 7.2 | 2,520.00 | Travel to Norfolk Virginia for depositions. Additional EBT prep while in transit. |
| 3/9/2010 | SS | 350.00 | 8.2 | 2,870.00 | Deposition of Catherine Hedgeman in Norfolk, Virginia (6.00); Prep for 30b6 deposition (2.2) |
| 3/9/2010 | SS | 350.00 | 1.0 | 350.00 | Travel time - Norfolk VA |
| 3/9/2010 | SS | 350.00 | 1.5 | 525.00 | Additional prep for continuation of EBT of Mesisco |
| 3/9/2010 | SS | 350.00 | 1.0 | 350.00 | Deposition of Ralph Mesisco in Norfolk Virginia |
| 3/10/2010 | SS | 350.00 | 11.5 | 4,025.00 | Continued EBT of Ralph Mesisco in Norfolk, Virginia (5.00); travel home (6.5) |
| 3/11/2010 | SL | 400.00 | 0.7 | 280.00 | Rule 68 offer research and discussion |
| 3/11/2010 | SS | 350.00 | 2.4 | 840.00 | Research re Rule 68 Offers and class actions and conf with SL re same. |
| 3/15/2010 | SL | 400.00 | 0.5 | 200.00 | Multiple emails with client re availability for depositions |
| 3/19/2010 | SL | 400.00 | 0.6 | 240.00 | Emails with client and OC re deposition scheduling |
| 3/22/2010 | SL | 400.00 | 0.4 | 160.00 | Addition deposition scheduling email with client and Don Maurice |
| 3/22/2010 | SL | 400.00 | 0.1 | 40.00 | Conf MM re Davison status conference |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 3/28/2010 | SL | 400.00 | 5.7 | 2,280.00 | Read transcript of deposition of Ralph Messico (2.6); Read C.Hedgeman's transcript (3.1) |
| 4/7/2010 | SL | 400.00 | 0.9 | 360.00 | Research re class damages |
| 4/9/2010 | SL | 400.00 | 2.8 | 1,120.00 | Research re ability to amend to add letters sent in other states not just New York. Not viable, case too deep in discovery |
| 4/15/2010 | SL | 375.00 | 1.8 | 675.00 | Review defendant's discovery responses, discuss with ST. |
| 4/17/2010 | SL | 400.00 | 0.4 | 160.00 | Communicate with client re his deposition |
| 4/19/2010 | SL | 400.00 | 7.5 | 3,000.00 | Travel TO and FROM Goshen NY for preparation of client (4.5); meet with Mr. Zimmerma in preparation for his deposition on 4/20 (3.00) |
| 4/19/2010 | SL | 400.00 | 0.3 | 120.00 | Review scheduling order - no deadline for class certification & email OC re agreement to postpone until after client's deposition |
| 4/19/2010 | SS | 350.00 | 6.5 | 2,275.00 | Research relevancy of personnel records (1); Read transcript of deposition of Ralph Mesisco (2.00); Read C.Hedgeman's transcript (3.5) |
| 4/19/2010 | ST | 275.00 | 0.2 | 55.00 | Updated prolaw w/ scheduling order |
| 4/21/2010 | SL | 400.00 | 0.7 | 280.00 | Review client's retainer and transmit same to OC; email exchange with OC re client's address in 2007 |
| 4/21/2010 | SL | 400.00 | 0.4 | 160.00 | Emails with OC re Mr. Zimmerman's deposition answers |
| 4/22/2010 | SL | 400.00 | 0.6 | 240.00 | Review doc and interrogatory requests to P; discuss same with M.Mushkin (.6) |
| 4/22/2010 | SL | 400.00 | 3.7 | 1,480.00 | Review subpoena sent by D to Plaintiff's psychiatrist for medical records (.2); legal research re precedent for this sort of thing (1.9); correspondence with OC demanding that the subpoena be withdrawn (.7); speak with client re subpoena at length (.9) |
| 4/23/2010 | SL | 400.00 | 1.0 | 400.00 | TC T.Dominczyk re subpoena (.3); research re medications client takes (.7). |
| 4/26/2010 | SL | 400.00 | 0.7 | 280.00 | Email with OC re Plaintiff's depression medication and demand that the subpoena be withdrawn |
| 4/27/2010 | SL | 400.00 | 2.1 | 840.00 | Research re capacity to bring case when on medication (1.2); TC Don Maurice re Zimmerman medical records (.6); email to D.Maurice summarizing same (.3) |
| 4/27/2010 | SL | 400.00 | 0.5 | 200.00 | TC with opposing counsel re subpoenas and outstanding discovery (.3); email OC summarizing conversation (.2) |
| 4/28/2010 | SL | 400.00 | 0.7 | 280.00 | Make settlement demand. |
| 4/28/2010 | SL | 400.00 | 0.6 | 240.00 | Joint letter re discovery and status |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 5/3/2010 | SL | 400.00 | 0.9 | 360.00 | Correspondence to OC re outstanding discovery (.4); review what's been produced (.5) |
| 5/3/2010 | SL | 400.00 | 0.4 | 160.00 | Review J.Robinson's order extending discovery cutoff and calendar same |
| 5/14/2010 | SL | 400.00 | 0.4 | 160.00 | Continued correspondence with OC re medical discovery |
| 6/2/2010 | ST | 275.00 | 0.2 | 55.00 | Reviewed file re mediation on the 15th. Updated notices. |
| 6/10/2010 | SL | 400.00 | 2.9 | 1,160.00 | Review deposition of Jason Zimmerman. |
| 6/15/2010 | SS | 350.00 | 0.2 | 70.00 | Conf with SL re prep for settlement conference. |
| 7/1/2010 | SL | 400.00 | 0.5 | 200.00 | Conference with Judge Davison - settlement discussed D doesn't want to settle. We marc on. |
| 7/14/2010 | SL | 400.00 | 2.9 | 1,160.00 | Letter re pre-motion conference and research re same (2.9). |
| 7/11/2010 | SS | 350.00 | 3.2 | 1,120.00 | Prepare pre-motion letter. |
| 7/15/2010 | SS | 350.00 | 3.5 | 1,225.00 | Finalize and serve pre-motion letter. |
| 11/5/2010 | SS | 350.00 | 0.2 | 70.00 | Prepare and transmit email to SL with proposed letter to Judge Preska re gong forward. |
| 11/5/2010 | SS | 350.00 | 0.2 | 70.00 | Prepare and transmit email to Don Maurice re proposed letter to Judge Preska |
| 11/10/2010 | SS | 350.00 | 0.7 | 245.00 | Prepare and transmit revised letter to Judge Preska. Case being administratively reassigned. |
| 11/10/2010 | SS | 350.00 | 0.1 | 35.00 | Conf with SL re communication from the Court. Conf with SL re revisions to premotion letter |
| 11/11/2010 | SL | 400.00 | 0.3 | 120.00 | Revise pre-motion letter to Judge Gardephe |
| 11/11/2010 | SS | 350.00 | 3.0 | 1,050.00 | Work on revised premotion letter for Judge Gardephe. Including legal research re any subsequent authorities. Conf with SL. |
| 11/17/2010 | SS | 350.00 | 0.6 | 210.00 | Prepare proposed Joint Letter to the Court and transmit same to Don Maurice. |
| 11/17/2010 | SS | 350.00 | 5.0 | 1,750.00 | Finalize and transmit joint statement (.3) work on class certification motion (4.7) |
| 12/2/2010 | SS | 350.00 | 0.2 | 70.00 | Review and respond to message from court and re-send joint letter to Judge's chambers |
| 1/19/2011 | SL | 400.00 | 3.3 | 1,320.00 | Travel to court (3.00) attend conference (.3). Judge discussed Weiner case with OC - PRA believes it's distinguishable |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 2/3/2011 | SL | 400.00 | 5.3 | 2,120.00 | Review and revise motion for class certification; affidavits; read cases and review evidence proposed to be submitted |
| 2/3/2011 | SS | 350.00 | 2.7 | 945.00 | Review class cert motion with SL.; review markup of brief. Read through deposition of Zimmerman |
| 2/3/2011 | SS | 350.00 | 8.3 | 2,905.00 | Work on motion for class certification - revisions to draft. Review interrogatory responses and deposition of Zimmerman in conjunction with same.  Review depositions in conjunction with same. |
| 2/4/2011 | SS | 350.00 | 3.1 | 1,240.00 | Review final of class certification motion and attendant exhibits (3.1) |
| 2/4/2011 | SS | 350.00 | 6.2 | 2,170.00 | Prepare and finalized Affidavit of Jason Zimmerman in support of Class Certification. Legal research re additional cases construing 15 usc 1692e(9) and (13) |
| 2/4/2011 | SL | 400.00 | 5.1 | 1,785.00 | Begin work on motion for summary judgment.  Legal research for motion for summary judgment |
| 2/7/2011 | SS | 350.00 | 5.6 | 1,960.00 | Work on statement of undisputed facts for SJ motion.  Review deposition of Messisco in connection with same. |
| 2/8/2011 | SS | 350.00 | 3.5 | 1,225.00 | Work on Rule 56.1 Statement of undisputed facts. |
| 2/8/2011 | SS | 350.00 | 8.0 | 2,800.00 | Additional work on SJ motion |
| 2/9/2011 | SS | 350.00 | 7.8 | 2,730.00 | MSJ work |
| 2/9/2011 | SS | 350.00 | 2.3 | 805.00 | Review depositions re Rule 56.1 Statement |
| 2/10/2011 | SS | 350.00 | 6.1 | 2,135.00 | Work on summary judgment motion. |
| 2/11/2011 | SS | 350.00 | 8.4 | 2,940.00 | Work on MSJ |
| 2/14/2011 | SS | 350.00 | 3.4 | 1,190.00 | Work on finalizing motion for Summary Judgment |
| 2/14/2011 | SS | 350.00 | 5.9 | 2,065.00 | Finalize certification motion - cite check cases and make sure everything is ready for Lemberg' review |
| 2/15/2011 | SL | 400.00 | 4.4 | 1,760.00 | Review motion for summary judgment; provide written comments to SS |
| 2/17/2011 | SS | 350.00 | 1.6 | 560.00 | Finalize MSJ papers and assemble exhibits |
| 2/18/2011 | SS | 350.00 | 3.2 | 1,120.00 | Finalize and file motions for Summary Judgment and Class Certification including all supporting documents |
| 2/18/2011 | SL | 400.00 | 4.7 | 1,880.00 | Final review of motion for class certification and attendant exhibits including certification of Susan Schneiderman and revisions for same |
| 3/15/2011 | SL | 400.00 | 0.2 | 80.00 | Email exchange with OC re extension on Opposition and Replies |

Page 7 of 16

Zimmerman v. PRA

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 4/6/2011 | SS | 350.00 | 2.6 | 910.00 | Review opposition papers filed by PRA. Review deposition transcripts etc. |
| 4/7/2011 | SL | 400.00 | 2.1 | 840.00 | Reviewed Def's opposition briefs. Discussed with SS |
| 4/13/2011 | SL | 400.00 | 3.5 | 1,400.00 | Create outline for argument re reply to class certification (1.8); Westlaw research for same (1.7) |
| 4/13/2011 | SL | 400.00 | 1.5 | 600.00 | Research for Motion for Class Certification (1.5) |
| 4/13/2011 | ST | 275.00 | 5.9 | 1,622.50 | Draft MSJ Reply |
| 4/14/2011 | ST | 275.00 | 7.8 | 2,145.00 | Draft MSJ Reply |
| 4/18/2011 | ST | 275.00 | 0.2 | 55.00 | Draft letter request for extension of time. |
| 4/19/2011 | ST | 275.00 | 6.9 | 1,897.50 | Revision of MSJ reply brief. |
| 4/20/2011 | ST | 275.00 | 8.2 | 2,255.00 | Draft Class Certification Reply |
| 4/21/2011 | ST | 275.00 | 7.7 | 2,117.50 | Worked on certification reply |
| 4/22/2011 | SL | 400.00 | 8.5 | 3,400.00 | Review and revise, plus additional research on reply re summary judgment (4.1); same re class certification reply (4.4) |
| 4/22/2011 | ST | 275.00 | 3.2 | 880.00 | Addressed SL's comments and research assignments in MSJ reply; finalize brief |
| 4/25/2011 | ST | 275.00 | 3.8 | 1,045.00 | Addressed SL's comments in Class Certification Reply and finalize brief |
| 4/26/2011 | ST | 275.00 | 0.2 | 55.00 | Email to AK to mail courtesy copy of reply briefs to chambers |
| 4/27/2011 | AK | 125.00 | 0.4 | - | Fedexed letter to court to remove incorrect filing link and mailed courtesy copies of reply briefs to judge. |
| 4/27/2011 | ST | 275.00 | 0.4 | - | Reviewed/edited letters to court re courtesy copies and letter to quality control to remove reply brief filed in err. |
| 5/9/2011 | AK | 125.00 | 0.2 | - | Spoke with quality assurance unit, they can't deactivate the link to the incorrect filing, only with the judge's order. Relayed info to ST. |
| 8/29/2011 | JDF | 275.00 | 0.2 | 55.00 | Drafted SS withdrawal docs. |
| 9/12/2011 | JDF | 275.00 | 0.2 | 55.00 | Reviewed Judge Gardephe's personal rules. No special rules for withdrawal motion. Just need to send courtesy copy. |
| 9/15/2011 | SL | 400.00 | 0.9 | 360.00 | Revier order re certification (.5) and meet with ST re next steps (.4). |
| 9/15/2011 | ST | 275.00 | 3.2 | 880.00 | Review order re cert and SJ (.7); confer with SL re next steps (0.4); draft proposed class notice (2.1). |

Page 8 of 16

Zimmerman v. PRA

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 9/16/2011 | SL | 400.00 | 2.3 | 920.00 | Review and revisions to class notice |
| 9/16/2011 | ST | 275.00 | 0.4 | 110.00 | Worked on class notice. Email to SL and MM. |
| 9/18/2011 | SL | 400.00 | 3.6 | 1,440.00 | Review and revise draft notice (3.2) transmit draft of same to D.Maurice with open issues (.2); discuss same with ST (.2) |
| 9/19/2011 | SL | 400.00 | 0.2 | 80.00 | Discussion with ST re class notice edits/claim form. |
| 9/19/2011 | ST | 275.00 | 0.2 | 55.00 | Discussed edits to class notice and a claim form with SL |
| 9/21/2011 | SL | 400.00 | 0.3 | 120.00 | TC Don Maurice re notice |
| 9/21/2011 | SL | 400.00 | 2.2 | 880.00 | Research on who pays cost of notice after MSJ granted (1.4); revisions and comments based on D.Maurice's feedback (.8) |
| 9/21/2011 | SL | 400.00 | 2.4 | 960.00 | Revisions to class notice (1.9); draft letter to Court (.5) |
| 9/21/2011 | SL | 400.00 | 1.7 | 680.00 | Work with noticing agent to create an estimate for cost of notice and disbursements; review estimate (1.7) |
| 9/22/2011 | SL | 400.00 | 3.0 | 1,200.00 | Revise class notice (1.7); letter to the judge re approval of class notice and class costs (.8); email communications with OC re notice and negotiate language (.5) |
| 9/22/2011 | ST | 275.00 | 0.3 | 82.50 | Reviewed and revised letter to Court re class notice. |
| 9/30/2011 | SL | 400.00 | 0.8 | 320.00 | Review letter from counsel re objections to notice (.3); review complaint filed in the case (.1); review language of 1692k (.2); update client (.2) |
| 9/30/2011 | ST | 275.00 | 0.3 | 82.50 | Review Def letter on class notice and cost of notice. (.2) Discuss with SL (.1). |
| 11/9/2011 | SL | 400.00 | 2.9 | 1,160.00 | Review Judge's order re class notice etc. Conferences with ST and MM re next steps |
| 11/14/2011 | SL | 400.00 | 2.0 | 800.00 | Review and revise in large part motion for reconsideration re court's order on ascertaining class members; assignments to ST. |
| 11/14/2011 | ST | 275.00 | 2.7 | 742.50 | Drafted letter motion for reconsideration re providing an affirmation |
| 11/14/2011 | ST | 275.00 | 0.2 | 55.00 | Incorporated SL's edits, finalized letter |
| 12/6/2011 | AR | 125.00 | 0.1 | 12.50 | Docketed court order |
| 12/6/2011 | SL | 400.00 | 0.3 | 120.00 | Reviewed court's order re motion to reconsider |
| 12/6/2011 | ST | 275.00 | 0.2 | 55.00 | Reviewed court order |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 12/13/2011 | ST | 275.00 | 3.1 | 852.50 | Drafted letter to chambers re notice, consult with SL, finalized letter per instructions. |
| 12/14/2011 | AR | 125.00 | 0.1 | 12.50 | Mailed letter-proposed class notice in Exhibit A. to Judge |
| 12/15/2011 | SL | 400.00 | 3.1 | 1,240.00 | Review motion for reconsideration and materials submitted by defendant; additional research re PRA arugments (2.9); conf with ST (.2) |
| 12/15/2011 | ST | 275.00 | 1.8 | 495.00 | Reviewed def letter to chambers re notice and FDCPA debt. (1.3). Discussed with SL. (.5 |
| 12/21/2011 | SL | 400.00 | 2.9 | 1,160.00 | Reviewed ST's draft; provided comments; looked back at research I had done including review of cases cited by D; proof-read final letter to the judge |
| 12/21/2011 | ST | 275.00 | 3.7 | 1,017.50 | Drafted letter response to chambers with exhibits. |
| 12/22/2011 | AR | 125.00 | 0.3 | 37.50 | Fedexed letter response to chambers, mailed to Don Maurice |
| 1/31/2012 | SL | 400.00 | 0.4 | 160.00 | Reviewed Judge's order re notice; comments to ST |
| 1/31/2012 | ST | 275.00 | 0.3 | 82.50 | Reviewed judge's order re notice. |
| 1/31/2012 | ST | 275.00 | 0.4 | 110.00 | Revised notice, to SL. |
| 2/3/2012 | SL | 400.00 | 2.8 | 1,120.00 | Multiple communications with claims admin against regarding list and notice to class, mailing dates and payment (2.4) review court orders for relevant deadlines (.2); review of revised notice (.2). |
| 2/6/2012 | SL | 400.00 | 0.3 | 120.00 | Review emails from S.Tsai re notice procedures; respond re same |
| 2/6/2012 | ST | 275.00 | 0.1 | 27.50 | Email from claim administrator re addresses of class members. |
| 2/13/2012 | SL | 400.00 | 0.2 | 80.00 | Email D.Maurice re admin bill |
| 2/13/2012 | ST | 275.00 | 0.1 | 27.50 | Email from claim administrator with final notice and bill for class administration. |
| 2/14/2012 | SL | 400.00 | 1.2 | 480.00 | Multiple communications with claim admin re notice, addresses, judge's requirements etc |
| 2/15/2012 | ST | 275.00 | 0.1 | 27.50 | Email exchange between OC and class action administrator. |
| 2/16/2012 | ST | 275.00 | 0.1 | 27.50 | Email to S.Tsai and OC approving notice with new number and concern re payment. |
| 2/16/2012 | ST | 275.00 | 0.1 | 27.50 | Email from S.Tsai with sample envelope. |
| 2/21/2012 | ST | 275.00 | 0.2 | 55.00 | Status report from claims administrator. Notice mailed yesterday. |
| 2/24/2012 | SL | 400.00 | 0.9 | 360.00 | Spoke with multiple class members calling for information; walked them through requirements |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 2/24/2012 | SL | 400.00 | 0.3 | 120.00 | TC class members |
| 3/23/2012 | ST | 275.00 | 0.1 | 27.50 | Email to S.Tsai for update on class returns. |
| 3/26/2012 | ST | 275.00 | 0.1 | 27.50 | Email from S.Tsai 22 forms received, 5 exclusions. |
| 4/5/2012 | ST | 275.00 | 2.4 | 660.00 | Reviewed and analyzed returned claim forms. |
| 4/9/2012 | ST | 275.00 | 0.3 | 82.50 | Drafted letter re extension, to SL to review, sent letter to oc and chambers |
| 4/11/2012 | SL | 400.00 | 0.5 | 200.00 | Discuss damages motion with ST |
| 4/11/2012 | ST | 275.00 | 1.5 | 412.50 | Reviewed case law re inconsistent/vague claim forms. (1.00) Discuss damages motion with SL. (.5). |
| 4/17/2012 | ST | 275.00 | 8.4 | 2,310.00 | Finalized draft re damages (8.1), discuss with SL (.3) |
| 4/16/2012 | ST | 275.00 | 7.3 | 2,007.50 | Draft memo in support of damages. |
| 4/13/2012 | ST | 275.00 | 8.5 | 2,337.50 | Research re motion for damages and reviewed deposition transcripts. |
| 4/19/2012 | SL | 400.00 | 6.8 | 2,720.00 | Review/revise plaintiff's motion for damages and research re same |
| 4/20/2012 | ST | 275.00 | 5.9 | 1,622.50 | Address SL's comments and MM's comments; additional research re non-settlement cases per both |
| 4/22/2012 | SL | 400.00 | 2.9 | 1,160.00 | Reviewed and revised memo re damages; comments on draft; review cases; double-check research to find more litigated cases - located only 2; ask ST to double-check again; additional arguments and thoughts on draft |
| 4/23/2012 | SL | 400.00 | 3.0 | 1,200.00 | Plaintiff's motion for damages - revisions, editing, additional research work on analysis and introduction |
| 4/23/2012 | ST | 275.00 | 4.1 | 1,127.50 | Incorporated edits, complied exhibits to SL Decl. |
| 4/24/2012 | AR | 125.00 | 0.1 | 12.50 | Mailed letter to OC, chambers and Quality Assurance and Statistics Unit |
| 4/24/2012 | JDF | 275.00 | 0.6 | 165.00 | Met with ST. Called FedEx. Put together FedEx order instructions and emailed to FedEx. Emailed ST. |
| 4/24/2012 | JDF | 275.00 | 0.6 | 165.00 | Spoke with FedEx. Confirmed order. Emailed ST. Met with ST. Created cover pages and emailed to FedEx to include in order. |
| 4/24/2012 | JDF | 275.00 | 0.1 | 27.50 | Spoke with FedEx re: adding cover pages to bindings. Emailed ST. |
| 5/8/2012 | SL | 400.00 | 3.9 | 1,560.00 | Review defendant's brief in support of damages; research cites and read cases |
| 5/9/2012 | ST | 275.00 | 0.4 | 110.00 | Reviewed Def Opp to damages. |
| 5/10/2012 | ST | 275.00 | 6.9 | 1,897.50 | Research and draft reply. |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 5/11/2012 | SL | 400.00 | 8.7 | 3,480.00 | Work on reply to class damages brief |
| 5/11/2012 | ST | 275.00 | 7.6 | 2,090.00 | Discuss reply with SL (.4). Worked on Reply (7.2). |
| 5/13/2012 | SL | 400.00 | 4.6 | 1,840.00 | Work on reply to class damages brief/additional revisions/clean up/research |
| 5/14/2012 | ST | 275.00 | 5.3 | 1,457.50 | Incorporate edits, finalized reply and SL decl with exhibit. |
| 5/15/2012 | AB | 125.00 | 0.5 | 62.50 | Drove to FedEx to mail letter to judge per ST |
| 5/15/2012 | JDF | 275.00 | 0.5 | 137.50 | Emails with ST. Created cover page for reply memorandum. Submitted order to FedEx re: printing and shipping reply memo to judge. |
| 5/15/2012 | JDF | 275.00 | 0.2 | 55.00 | Checked correct address for Judge Gardephe. Drafted letter to judge. Forwarded to ST for review. |
| 5/15/2012 | JDF | 275.00 | 0.1 | 27.50 | Confirmed SL's CC # with FedEx. |
| 5/15/2012 | JDF | 275.00 | 0.2 | 55.00 | Confirmed order with FedEx. Emailed ST. |
| 5/15/2012 | JDF | 275.00 | 0.7 | 192.50 | Discussed FedEx order with ST. Went to FedEx, dropped off cover letter, confirmed order. |
| 5/15/2012 | SL | 400.00 | 0.6 | 240.00 | Coordinate hearing times with OC and chambers |
| 6/27/2012 | SL | 400.00 | 3.6 | 1,440.00 | Prepare for hearing in damages with MM (1.3); double-check research & outline argument (2.3). |
| 6/27/2012 | ST | 275.00 | 2.7 | 742.50 | Prepare with SL for hearing on damages. (1.3); make own outline re SL non-appearance (1.4) |
| 6/28/2012 | SL | 400.00 | 4.1 | 1,640.00 | Travel to Hearing in damages in court (3.00); Court Hearing (1.5) |
| 6/28/2012 | SL | 400.00 | 2.9 | 1,160.00 | Review materials and brief in support of motion for reconsideration of class certification served prior to hearing |
| 6/28/2012 | ST | 275.00 | 4.0 | 1,100.00 | Travel to hearing with SL(3); Attend court (1.00) |
| 6/29/2012 | ST | 275.00 | 3.1 | 852.50 | Email to OC with supp claim forms (.1). Reviewed Def's motion to decertify and research supporting case law. (3). |
| 7/2/2012 | AR | 125.00 | 0.2 | 25.00 | Docketed motions in prolaw |
| 7/2/2012 | SL | 400.00 | 1.2 | 480.00 | Discuss motion to decertify with ST (1.2) |
| 7/2/2012 | ST | 275.00 | 3.9 | 1,072.50 | Discuss decertify with SL (1.2). Began draft opposition (2.7). |
| 7/6/2012 | ST | 275.00 | 5.8 | 1,595.00 | Work on Opp to decertify. |
| 7/10/2012 | JDF | 275.00 | 2.5 | 687.50 | Researched class certification cases per ST. Emailed ST. |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 7/10/2012 | ST | 275.00 | 5.6 | 1,540.00 | Work on opposition to motion to decertify |
| 7/11/2012 | SL | 400.00 | 3.5 | 1,400.00 | Review and revise opposition decertification |
| 7/12/2012 | JDF | 275.00 | 0.9 | 247.50 | Met with ST. Matched class action names with addresses. Located county for each address. Made spreadsheet. |
| 7/12/2012 | JDF | 275.00 | 0.3 | 82.50 | Met with ST. Located fed districts for all class members. Updated spreadsheet. |
| 7/12/2012 | SL | 400.00 | 6.5 | 2,600.00 | Work on decertification opposition, including additional research on presumption of personal use |
| 7/12/2012 | ST | 275.00 | 5.9 | 1,622.50 | Finalized opposition, compiled exhibits and declaration. |
| 7/13/2012 | AB | 125.00 | 0.1 | 12.50 | Assembled P's Memo. in Opp. to Def's Motion for Reconsideration of Class Certification & put together w/exhibit tabs to bind |
| 7/13/2012 | AR | 125.00 | 0.2 | 25.00 | Fedexed P's memo to Judge Gardephe |
| 7/17/2012 | JDF | 275.00 | 0.1 | 27.50 | Emails w/ ST. Attempted to order hearing transcript. Online form not working. Emailed SDNY reporter for assistance. |
| 7/17/2012 | JDF | 275.00 | 0.1 | 27.50 | Ordered 6/28 hearing transcript. |
| 7/17/2012 | ST | 275.00 | 1.0 | 275.00 | Reviewed transcript on hearing and topics of supplemental briefing; discussed same with SL |
| 7/25/2012 | SL | 400.00 | 3.3 | 1,320.00 | Draft ex-parte mediation statement in preparation for mediation bef. Mag. Davison |
| 7/30/2012 | ST | 275.00 | 2.3 | 632.50 | Finalized, proofread and cite-checked & faxed mediation statement to chambers |
| 7/31/2012 | SL | 400.00 | 4.8 | 1,920.00 | Travel to and from court (1) prepare for mediation (1.3); mediation - unsuccessful D has no authority to settle (2.5) |
| 8/3/2012 | SL | 400.00 | 0.2 | 80.00 | Email to oc re settling the case |
| 8/4/2012 | ST | 275.00 | 5.1 | 1,402.50 | Drafted supplemental brief. |
| 8/5/2012 | ST | 275.00 | 4.3 | 1,182.50 | Finalized initial draft of supplemental brief for SL's review |
| 8/6/2012 | SL | 400.00 | 11.2 | 4,480.00 | Work on additional briefing motion (4.4); research re judge's requests including legislative history, - Congressional and Senate Records at library (6.8) |
| 8/7/2012 | SL | 400.00 | 4.5 | 1,800.00 | Work on supplemental brief (4.5) |
| 8/7/2012 | SL | 400.00 | 8.9 | 3,560.00 | Continued work on the supplemental brief |
| 8/8/2012 | SL | 400.00 | 8.0 | 3,200.00 | Additional work on Jerman section of the supplemental brief |
| 8/8/2012 | ST | 275.00 | 0.5 | 137.50 | Revised supplemental brief on damages from SL. |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 8/9/2012 | JDF | 275.00 | 1.2 | 330.00 | Edited supplemental brief per SL. Created exhibits. Filed supplemental brief for damages via ECF. Printed copy for binding. AB to bind courtesy copy. |
| 8/9/2012 | SL | 400.00 | 2.8 | 1,120.00 | Additional work on revisions to supplemental brief (2.8). |
| 8/10/2012 | AR | 125.00 | 0.2 | 25.00 | Fedexed Supplemental Brief to Judge G. |
| 8/10/2012 | JDF | 275.00 | 0.2 | 55.00 | Drafted cover letter to judge. AR to FedEx courtesy copy of supplemental brief for damages to judge. |
| 9/11/2012 | SL | 400.00 | 1.1 | 440.00 | Review D's opposition re supplemental damages |
| 9/11/2012 | ST | 275.00 | 1.5 | 412.50 | Read Def's opposition to supplemental for damages and reply in support of decertification. Email to SL re conclusions. |
| 9/12/2012 | SL | 400.00 | 1.7 | 680.00 | Read D's reply (.4)   motion request to strike 2-month late reply (1.3) |
| 9/12/2012 | ST | 275.00 | 0.9 | 247.50 | Drafted letter to strike Defendant's reply memorandum on decertification. |
| 9/13/2012 | AR | 125.00 | 0.1 | 12.50 | Mailed copy of request to strike D's reply memo of law to client |
| 9/14/2012 | AR | 125.00 | 0.1 | 12.50 | Uploaded notice to counsel; forwarded same to ST |
| 9/17/2012 | ST | 275.00 | 3.4 | 935.00 | Reviewed Def's opposition on supplemental briefing, researched authority. |
| 9/18/2012 | AR | 125.00 | 0.2 | 25.00 | Per SL updated client. |
| 9/18/2012 | ST | 275.00 | 4.2 | 1,155.00 | Drafted reply re supplemental damages. |
| 9/21/2012 | ST | 275.00 | 5.3 | 1,457.50 | Draft Reply re supplemental briefing. |
| 9/24/2012 | ST | 275.00 | 4.8 | 1,320.00 | Finalized Reply (4.6), to SL for comment, finalized and filed (.2). |
| 9/24/2012 | SL | 400.00 | 2.1 | 840.00 | Revisions to Reply Brief - good to go |
| 9/25/2012 | AB | 125.00 | 0.2 | 25.00 | Bound P's Reply Brief for JDF/ST |
| 9/25/2012 | AB | 125.00 | 0.2 | 25.00 | Drafted cover letter & Fedexed w/courtesy copy to Judge per JDF |
| 9/25/2012 | JDF | 275.00 | 0.2 | 55.00 | Emailed AB re preparation of Judge's copy of brief; review cover letter |
| 9/25/2012 | JDF | 275.00 | 0.1 | 27.50 | Instruct AB on Chambers preferences re receipt of mail |
| 10/19/2012 | ST | 275.00 | 0.2 | 55.00 | Email to class member Roustio re determination on damages. |
| 2/5/2013 | ST | 275.00 | 0.2 | 55.00 | Respond to inquiry from class member Panarella. |
| 3/27/2013 | SL | 400.00 | 0.7 | 280.00 | Read Judge's final judgment and decision; update client. |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 3/27/2013 | ST | 275.00 | 2.3 | 632.50 | Review order on class damages/deny decertification (.5). Discuss result/cy pres wil SL (1.8) |
| 4/1/2013 | ST | 275.00 | 0.4 | 110.00 | Spoke with Brian Hetherinton re cy pres award. requested he submit proposal. |
| 4/1/2013 | ST | 275.00 | 0.1 | 27.50 | Called Johnson Tyler re cy pres award at southern Brooklyn law center. Left message. |
| 4/1/2013 | ST | 275.00 | 0.3 | 82.50 | Spoke with Josh Zinner, co-director at NEDAP re a cy pres award. (.2) emailed him information re the same and request for a proposal. (.1) |
| 4/1/2013 | ST | 275.00 | 0.2 | 55.00 | Spoke with R.Dubois from NCLC re cy pres award. emailed him decision and request for proposal. |
| 4/1/2013 | ST | 275.00 | 0.2 | 55.00 | Spoke with Claudia Dymond at CAMBA legal services re cy pres award and requested camba submit a proposal. |
| 4/2/2013 | ST | 275.00 | 0.4 | 110.00 | Spoke with Ira Rheingold at NACA re a cy pres proposal. .3. emailed him re the same. (.1). |
| 4/4/2013 | AR | 125.00 | 0.1 | 12.50 | Uploaded order, saved pl's motion due date |
| 4/8/2013 | JDF | 125.00 | 0.3 | 37.50 | Assisted ST with class member issues. |
| 4/8/2013 | ST | 275.00 | 2.1 | 577.50 | Reviewed claim forms, spoke with SL re same and options on supp brief. |
| 4/8/2013 | ST | 275.00 | 1.4 | 385.00 | Reviewed cy pres proposals |
| 4/11/2013 | ST | 275.00 | 0.5 | 137.50 | Email cy pres proposed recipients   copy of our memorandum; thank non-profits for submitting proposals and will follow up. |
| 4/12/2013 | SL | 375.00 | 1.9 | 712.50 | In anticipation of filing a fee petition, review materials submitted by D in support of its damages award |
| 4/15/2013 | ST | 275.00 | 0.1 | 27.50 | Email from Lou Paneralla asking for update.  Responded and sent copy of our memo re damages. |
| 4/15/2013 | ST | 275.00 | 0.2 | 55.00 | Reviewed Def's supplemental brief re damages. |
| 4/15/2013 | ST | 275.00 | 0.2 | 55.00 | Discuss fee petition with SL and prospect of settlement. |
| 4/16/2013 | JDF | 125.00 | 0.5 | 62.50 | Printed and assembled docs for courtesy copy. AB to bind courtesy copy of supplemental memo. |
| 4/16/2013 | SL | 400.00 | 0.2 | 80.00 | Emails with Don Maurice re potential settlement |
| 4/16/2013 | ST | 275.00 | 0.7 | 192.50 | Drafted letter to extend time.  To Don Maurice for consent. |

| Date | Prof | Rate ($) | Hours | Value ($$) | Description |
|---|---|---|---|---|---|
| 4/17/2013 | AB | 125.00 | 0.6 | 75.00 | Made multiple custom tabs; fixed label maker; bound courtesy copy of supplemental memorandum |
| 4/25/2013 | ST | 275.00 | 4.5 | 1,237.50 | Began draft of fee petition. |
| 4/16/2013 | SL | 400.00 | 0.2 | 80.00 | Emails with Don Maurice re potential settlement |
| 4/30/2013 | ST | 275.00 | 3.7 | 1,017.50 | Work on fee petition. |
| 4/30/2013 | ST | 275.00 | 5.5 | 1,512.50 | Work on fee petition. |
| 5/1/2013 | SL | 375.00 | 3.0 | 1,125.00 | Review time to prepare fee petition (excluding time to restore 2009 time) |
| 5/2/2013 | SL | 375.00 | 2.5 | 937.50 | Preparation of fee petition |
| **Grand Total** | | | **696.0** | **$ 240,350.00** | |