IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON ZIMMERMAN,** on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC,**<br><br>　　　　　Defendant. | CASE NO. 09-cv-04602-PGG<br><br>CLASS ACTION |

## DECLARATION OF DONALD S. MAURICE, JR.

Donald S. Maurice, Jr., of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New York and an attorney with the law firm of Maurice & Needleman, P.C., attorneys for the Defendant Portfolio Recovery Associates, LLC ("PRA").

2. On May 16, 2013, I caused to be accessed the PACER U.S. Party Case Index available at https://pacer.login.uscourts.gov/cgi-bin/login.pl?appurl=https://pcl.uscourts.gov/search.

3. At that time I performed a search for all cases in which Sergei Lemberg appeared as counsel in a federal court case.

4. The earliest case I located concerning a claim made under 15 U.S.C. §§ 1692 et seq. in which Sergei Lemberg appeared as an attorney was August 21, 2008 and the earliest complaint filed under any area of law in federal court was filed on November 14, 2006.

5. Attached hereto as Exhibit "A" are true copies of portions of the transcript of the Deposition of Catherine Hedgeman, showing her deposition commenced at 10:10 a.m. on March 9, 2010 and ended at 3:42 p.m. that same day.

6. As evidenced by the transcript, I defended the deposition and a one-hour lunch-break was taken during the deposition.

7. Attached hereto as Exhibit "B" are true copies of portions of the transcript of the Deposition of Ralph Mesisco, showing his continued deposition commenced at 9:00 a.m. on March 10, 2010 and ended at 11:52 a.m. that same day.

8. As evidenced by the transcript, I defended the deposition.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Donald S. Maurice, Jr.*
Donald S. Maurice, Jr.

Dated: May 17, 2013

# EXHIBIT A

```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF NEW YORK

 3


 4   JASON ZIMMERMAN, on behalf of      )
     himself and all others similarly   )
 5   situated,                          )
                                        )
 6              Plaintiff,              )
                                        )
 7   v.                                 )Civil Action No.
                                        )09-CV-04602-SCR
 8   PORTFOLIO RECOVERY ASSOCIATES,     )
     LLC,                               )
 9                                      )
                Defendants.             )
10

11

12

13         DEPOSITION UPON ORAL EXAMINATION OF

14                 CATHERINE HEDGEMAN

15         TAKEN ON BEHALF OF THE PLAINTIFF

16                 NORFOLK, VIRGINIA

17                  March 9, 2010

18

19

20

21

22

23

24

25


                    Catherine Hedgeman
```

```
                                                                    2
 1    Appearances:

 2

 3                    LEMBERG & ASSOCIATES, LLC
                      By:  SUSAN SCHNEIDERMAN, ESQUIRE
 4                         1100 Summer Street
                           Stamford, Connecticut  06905
 5                         sschneiderman@lemberglaw.com
                           203.653.2250
 6                         Counsel for Plaintiff

 7
                      MAURICE & NEEDLEMAN, PC
 8                    By:  DONALD S. MAURICE, ESQUIRE
                           5 Walter E. Foran Boulevard
 9                         Flemington, New Jersey  08822
                           dsm@mnlawpc.com
10                         908.237.4570
                           Counsel for Defendants
11

12

13
      Also Present:
14
                      PORTFOLIO RECOVERY ASSOCIATES, INC.
15                    By:  CHRISTOPHER D. LAGOW, ESQUIRE
                           KEVIN M. DUFFAN, ESQUIRE
16                         140 Corporate Boulevard
                           Norfolk, Virginia  23502
17                         clagow@portfoliorecovey.com
                           keduffan@portfoliorecovery.com
18                         757.961.3519

19

20

21

22

23

24

25
```

Catherine Hedgeman

3

# I N D E X

DEPONENT                                                    PAGE

CATHERINE HEDGEMAN

    Examination by Ms. Schneiderman            4
    Examination by Mr. Maurice                 151
    Further Examination by Ms. Schneiderman    165

# E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | List - PRA Litigation Department employees | 34 |
| 2 | Screen Captures | 46 |
| 3 | 4/15/09 Letter | 82 |
| 4 | Draft Summons/Complaint | 85 |
| 5 | Zip Code Listing | 118 |
| 6 | Spreadsheet | 124 |
| 7 | Responses to Requests for Production | 129 |
| 8 | Answers to Interrogatories | 149 |
| 9 | 10/23/07 Letter | 162 |

Catherine Hedgeman

169

1                 So at any given time, there's only --
2      there's two notes on here by me in particular, but
3      that means, minimum, I reviewed this twice.  I could
4      have reviewed this for different reasons several
5      times, but that's not our practice to note the account
6      every time we touch it.
7                 MS. SCHNEIDERMAN:  No further questions.
8                 MR. MAURICE:  I'm done.  Thanks.
9                 (The witness will read and sign)
10                (Whereupon, the deposition concluded at
11                3:42 p.m.)

Catherine Hedgeman

# EXHIBIT B

58

1        IN THE UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4  JASON ZIMMERMAN, on behalf of      )
   himself and all others similarly   )
5  situated,                          )
                                      )
6             Plaintiff,              )
                                      )
7  v.                                 )Civil Action No.
                                      )09-CV-04602-SCR
8  PORTFOLIO RECOVERY ASSOCIATES,     )
   LLC,                               )
9                                     )
              Defendants.             )
10

11

12

13     CONTINUED DEPOSITION UPON ORAL EXAMINATION OF

14                    RALPH MESISCO

15         TAKEN ON BEHALF OF THE PLAINTIFF

16                 NORFOLK, VIRGINIA

17                  March 10, 2010
                      Volume II
18

59

1   Appearances:

2

3              LEMBERG & ASSOCIATES, LLC
               By:  SUSAN SCHNEIDERMAN, ESQUIRE
4                   1100 Summer Street
                    Stamford, Connecticut  06905
5                   sschneiderman@lemberglaw.com
                    203.653.2250
6                   Counsel for Plaintiff

7
               MAURICE & NEEDLEMAN, PC
8              By:  DONALD S. MAURICE, ESQUIRE
                    5 Walter E. Foran Boulevard
9                   Flemington, New Jersey  08822
                    dsm@mnlawpc.com
10                  908.237.4570
                    Counsel for Defendants
11

12

13
    Also Present:
14
               PORTFOLIO RECOVERY ASSOCIATES, INC.
15             By:  CHRISTOPHER D. LAGOW, ESQUIRE
                    KEVIN M. DUFFAN, ESQUIRE
16                  140 Corporate Boulevard
                    Norfolk, Virginia  23502
17                  clagow@portfoliorecovey.com
                    keduffan@portfoliorecovery.com
18                  757.961.3519

19

20

21

22

23

24

25

60

I N D E X

DEPONENT                                                    PAGE

RALPH MESISCO

     Continued examination by Ms. Schneiderman      61
     Examination by Mr. Maurice                    137
     Further examination by Ms. Schneiderman       142


          E X H I B I T S

NO.   DESCRIPTION                                          PAGE


2     Defendant's Responses to Plaintiff's First
      Request for Admission of the Truth of Matters
      and the Genuineness of Documents                     112

| | |
|---|---|
| 1 | Continued deposition upon oral |
| 2 | examination of RALPH MESISCO, taken on behalf of the |
| 3 | Plaintiff, before Kerry E. Zahn, Registered Merit |
| 4 | Reporter, Certified Realtime Reporter, a Notary Public |
| 5 | for the Commonwealth of Virginia at large, taken |
| 6 | pursuant to notice, commencing at 9 a.m. on March 10, |
| 7 | 2010, at the offices of Zahn Court Reporting, 208 East |
| 8 | Plume Street, Suite 306, Norfolk, Virginia. |
| 9 | |
| 10 | RALPH MESISCO was sworn and deposed on |
| 11 | behalf of the Plaintiff as follows: |
| 12 | |
| 13 | CONTINUED EXAMINATION |
| 14 | BY MS. SCHNEIDERMAN: |
| 15 | Q.    Good morning. |
| 16 | A.    Good morning. |
| 17 | Q.    How are you feeling this morning? |
| 18 | A.    Fine. |
| 19 | Q.    Do you remember the instructions that we |
| 20 | went over yesterday? |
| 21 | A.    I do. |
| 22 | Q.    Okay.  Any questions concerning the |
| 23 | procedures we're going to follow?  This is your one |
| 24 | opportunity to ask a question. |
| 25 | A.    No. |

158

1      A.     Yes.
2      Q.     Did that trip relate specifically to
3  this lawsuit?
4      A.     No.
5             MS. SCHNEIDERMAN:  I have nothing
6  further.
7             MR. MAURICE:  Good.  We're done.
8             (Whereupon, the deposition was
9             concluded at 11:52 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25